IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK BENARD MOSLEY, #233819, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-CV-532-WHA |
| ) | |
| ) | |
| KENNETH SCONYERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 17) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 17) of the Magistrate Judge is ADOPTED;

2. The plaintiff's request for criminal prosecution of the defendants under either federal or state law is DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. The plaintiff's claim regarding an alleged civil conspiracy is DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii);

4. The claim that defendant Sconyers taunted him is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i);

5. Commissioner Mosley, Shawn Logan and Officer Dennis are dismissed as defendants in this cause of action; and

6. This case, with respect to the plaintiff's excessive force and improper fingerprinting claims against Capt. Strickland, Officer Liptrot, Officer Rodney Wilson, Capt. Nathaniel Lawson, Lt. Woods, and Officer K. Brooks, his failure to protect claim against Warden Kenneth Sconyers, and the denial of medical treatment claim against Nurse Bowen, are referred back to the Magistrate Judge for appropriate proceedings.

Done this 12th day of September, 2013.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE