IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK BENARD MOSLEY, #233819, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO 2:13-cv-532-WHA |
| | ) |
| KENNETH SCONYERS, et al., | )         (WO) |
| | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day, together with the order of the court (Doc. #22) entered on September 12, 2013 dismissing various claims and Defendants,

Final Judgment is entered in favor of all Defendants and against the Plaintiff, and this case is DISMISSED with prejudice. Costs are taxed against the Plaintiff.

DONE this 30th day of August, 2016.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE